UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKILLZ PLATFORM INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGIATECH, LLC, et al., <br><br> Defendants. | Case No. 22-cv-00062-SI <br><br> **ORDER DENYING PLAINTIFF'S EX PARTE MOTION, VACATING HEARING, AND SETTING SCHEDULE ON MOTION FOR REMAND** <br><br> Re: Dkt. No. 16 |

Before the Court is plaintiff Skillz Platform Inc.'s Ex Parte Motion for an Order Shortening Time for a Motion to Remand. Dkt. No. 16. The motion to remand was filed on January 19, 2022 with a hearing set for January 28, 2022. Dkt. No. 18.[1] Plaintiff asserts that if this Court does not resolve the Motion to Remand on an expedited basis, it will "sustain irreparable harm" due to a pending state court motion to stay which "cannot be adjudicated absent remand." Dkt. No. 16 at 1-2.

The Court is unpersuaded that plaintiff will suffer "substantial harm or prejudice" if the Court does not shorten time to hear the motion for remand. Local Rule 6-1(a)(3). Accordingly, the Court **DENIES** the Motion to Shorten Time and **VACATES** the hearing set for January 28, 2022. The Court sets the following schedule for the Motion for Remand:

///

---

[1] Defendant filed procedural objections to both of plaintiff's motions. Dkt. No. 21. Among other procedural missteps, the Court directs plaintiff's attention to Local Rule 7-2(a), which states that all motions "must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of the motion."

**January 31, 2022**: Defendant's Response Due

**February 7, 2022:** Plaintiff's Reply Due

**February 11, 2022:** Hearing on Motion for Remand at 10:00 AM

**IT IS SO ORDERED**.

Dated: January 20, 2022

_____
SUSAN ILLSTON
United States District Judge