UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKILLZ PLATFORM INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGIATECH, LLC, et al., <br><br> Defendants. | Case No. 22-cv-00062-SI <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Based on the order issued by the U.S. Bankruptcy Court for the District of Delaware, *In re: Knotel, Inc.*, No. 21-10146 (Bankr. D. Del. Feb. 10, 2020), plaintiff's request to dismiss the matter without prejudice is **GRANTED**.

**IT IS SO ORDERED**.

Dated: February 14, 2022

SUSAN ILLSTON
United States District Judge